UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW SMITH,<br><br>                Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>                Defendant. | CASE NO. C17-1514 BAT<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE A SURREPLY TO THE COMMISSIONER'S RESPONSE AND RENOTING MOTION FOR EAJA ATTORNEY FEES** |

The Court **GRANTS** plaintiff's motion for leave to file a surreply to the Commissioner's response regarding the motion for bad-faith EAJA sanctions against government counsel. Dkt. 20. Plaintiff should file a surreply by **September 7, 2018**, and the motion for EAJA attorney fees, Dkt. 15, is **RENOTED** for consideration on the same date. Plaintiff should include an updated timesheet that shows all time spent on responding/replying to the question of EAJA attorney fees and possible sanctions.

DATED this 30th day of August, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING PLAINTIFF LEAVE TO FILE A SURREPLY TO
THE COMMISSIONER'S RESPONSE AND RENOTING MOTION FOR
EAJA ATTORNEY FEES - 1